UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:99-CR-169-PMP-PAL |
| vs. | ) |
| CHANG HUU LE | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#37) on March 5, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MGM GRAND HOTEL AND CASINO
Amount of Restitution: $3,910.00

**Total Amount of Restitution ordered:** $3,910.00

Dated this _8_ day of November, 2016.

GLORIA M. NAVARRO, Chief Judge
United States District Court

_____
UNITED STATES DISTRICT JUDGE